IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-49-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| PHILLIP HARDY | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Phillip Hardy, on April 24, 2017 to violations of 21 U.S.C. §§ 841(a)(1) and 846, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit: (1) a Herbert Schmidt, Model Sierra, .38 caliber revolver, serial number 13823, and any and all accompanying ammunition; and (2) a Rossi, Model 68, .38 caliber revolver, serial number AA502912, and any and all accompanying ammunition; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant PHILLIP HARDY, the United States is hereby authorized to seize

1

the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 21 day of September 2017.

TERRENCE W. BOYLE
United States District Judge